IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTONIO WILLIAMS,** | 2:07-cv-0667 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMMER,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on August 30, 2007.

Dated: August 3, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1