IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO WILLIAMS,

    Petitioner,               No. CIV S-07-0667 LKK KJM P

   vs.

M.C. KRAMMER,

    Respondent.          <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's September 27, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve his traverse.

DATED: October 4, 2007.

_____
U.S. MAGISTRATE JUDGE

1/ke
will0667.111(2)