IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO WILLIAMS,

    Petitioner,               No. CIV S-07-0667 LKK KJM P

    vs.

M.C. KRAMER,

    Respondent.           ORDER

_____/

    On November 1, 2007, petitioner filed a motion asking that this matter be stayed. Good cause appearing, IT IS HEREBY ORDERED that respondent file a response to the motion within twenty days of this order.

DATED: January 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will0667.rep

1