1

2

3

4

5

6

7

8

9                      IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11   ANTONIO WILLIAMS,

12              Petitioner,                  No. CIV S-07-0667 LKK KJM P

13        vs.

14   M. C. KRAMER,

15              Respondent.                  <u>ORDER</u>

16   _____/

17              Petitioner is a California prisoner proceeding pro se with an application for writ

18   of habeas corpus under 28 U.S.C. § 2254.  On November 1, 2007, petitioner filed a motion for a

19   stay.  Petitioner now requests that his motion be withdrawn.

20              Good cause appearing, IT IS HEREBY ORDERED that:

21              1.  Petitioner's motion for stay (#15) is withdrawn; and

22              2.  Petitioner's traverse shall be filed within thirty days.

23   DATED:  June 16, 2008.

24                                    _____
                                      U.S. MAGISTRATE JUDGE
25

26   1/will0667.sty