IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO WILLIAMS,

      Petitioner,               No. CIV S-07-0667 LKK KJM P

    vs.

M.C. KRAMER,

      Respondent.          <u>ORDER</u>

_____/

      Petitioner has filed his second request for an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (docket no. 23) is granted; and

      2. Petitioner shall file and serve a traverse on or before August 17, 2008.

DATED: July 28, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
will0667.111sec