IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO WILLIAMS,

       Petitioner,                  No. CIV S-07-0667 LKK KJM P

    vs.

M.C. KRAMER,

       Respondent.            ORDER

                                  /

        Petitioner has filed his second request for an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (docket no. 25) is granted; and

        2. Petitioner shall file and serve a traverse on or before September 16, 2008.

DATED: August 21, 2008.

                                                           U.S. MAGISTRATE JUDGE

1/mp
will0667.111sec(2)